1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHTON W THOMAS,

             Plaintiff,

  v.

WASHINGTON CORRECTION CENTER, et al.

             Defendants.

CASE NO. 3:19-CV-05619-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

13
14
15
16

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 36. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

17
    (1)    The R&R is **ADOPTED**;

18
    (2)    Defendants' cross-motion for summary judgment, Dkt. 26, is **GRANTED**,

19
             and Plaintiff's motion for summary judgment, Dkt. 22, is **DENIED**;

20
    (3)    This matter is **DISMISSED** without prejudice;

21
22

1  (4) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of
2       appeal; and
3  (5) The Clerk shall enter **JUDGMENT** and close this case.
4  Dated this 7th day of October, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2